UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HUMBERTO VARGAS** | **CIVIL ACTION** |
| **versus** | **NO. 12-2817** |
| **STEVE RADER, WARDEN** | **SECTION: "F" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Humberto Vargas** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  6th  day of    January    , 2014.

_____
**UNITED STATES DISTRICT JUDGE**